■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNTEENIE D. CODNER, Appellant. [6 NYS3d 490]—Appeal by the

defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (M. Cohen, J.), imposed September 24, 2013, upon his conviction of robbery in the first degree (four counts) and robbery in the third degree, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Lopez*, 6 NY3d 248, 255 [2006]). Eng, P.J., Dillon, Leventhal, Cohen and Maltese, JJ., concur.